UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| MICHAEL KEITH MYERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV417-150 |
| CHATHAM COUNTY JAIL, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** with prejudice.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA